United States District Court

Eastern District of California

United States of America,

    Plaintiff,               No. 05-179 GGH

  vs.                     Detention Order

Oscar Enrique Polanco-Topete,

    Defendant.

-oOo-

A.    <u>Order For Detention</u>

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.    <u>Statement Of Reasons For The Detention</u>

The Court orders the defendant's detention because it finds:

    __x__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

    _____    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

1          the safety of any other person and the community.

2 C. <u>Findings Of Fact</u>

3     The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial
4 Services Report, and includes the following:

5   <u> x </u>      (1) Nature and Circumstances of the offense charged.

6

7       <u> x </u>    (a) The crime. 8 U.S.C. § 1326.

      <u>   </u>    (b) The offense is a crime of violence.

8

9       <u>   </u>    (c) The offense involves a narcotic.

10       <u>   </u>    (d) The offense involves a large amount of controlled substances.

11   <u> x </u>      (2) The weight of the evidence against the defendant is high.

12

13   <u> x </u>      (3) The history and characteristics of the defendant including:

14       <u>   </u>(a) General Factors:

15            <u>   </u>    The defendant appears to have a mental condition which may affect whether the
16                      defendant will appear.

17            <u>   </u>    The defendant has no family ties in the area.

18

19            <u>   </u>    The defendant has no steady employment.

20            <u>   </u>    The defendant has no substantial financial resources.

21            <u>   </u>    The defendant is not a long time resident of the community.

22

23            <u>   </u>    The defendant does not have any significant community ties.

24            <u> x </u>    Past conduct of the defendant: <u>probation violations.</u>

25

26            <u>   </u>    The defendant has a history relating to

```
                              drug abuse.

             __x__       The defendant has a significant prior
                         criminal record.

             __x__       The defendant has a prior record of
                         failure to appear at court proceedings.

         (b) Whether the defendant was on probation,
             parole, or release by a court;

         At the time of the current arrest, the defendant was on:

             __x__       Probation.

             _____       Parole.

             _____       Release pending trial, sentence, appeal
                         or completion of sentence.

         (c) Other Factors

             __x__       The defendant is an illegal alien and is
                         subject to deportation.

             _____       The defendant is a legal alien and will
                         be subject to deportation if convicted.

             _____       Other:
```

_____   (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

```
             _____   (a) (1) The crime charged is one described in
                             § 3142(f)(1)

                     _____   (A) a crime of violence; or

                     _____   (B) an offense for which the maximum
                                 penalty is life imprisonment or
                                 death; or

                     _____   (C) a controlled substance violation
                                 that has a maximum penalty of ten
                                 years or more; or
```

3

        \_\_\_\_\_    (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u>

    (2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u>

    (3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u>

    (4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

\_\_\_\_\_ (b) There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

    \_\_\_\_\_ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

    \_\_\_\_\_ the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

    \_\_\_\_\_ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

    \_\_\_\_\_ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

    \_\_\_\_\_ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D. <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

4

1 being held in custody pending appeal; and

2      The defendant be afforded reasonable opportunity for private consultation with his counsel; and

3

4      That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

5 defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

6

7      Dated: 06/20/05

8

9                                              /s/ Peter A. Nowinski
                                               Peter A. Nowinski
10                                             Magistrate Judge

5