McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 05-0179 GGH |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS COMPLAINT |
| v. ) | AND ORDER |
| OSCAR ENRIQUE POLANCO-TOPETE, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, requests that this Honorable Court file an order dismissing the complaint against Oscar Enrique Polanco-Topete, filed on June 17, 2005, in **Mag. Case No. 05-0179 GGH.** This motion is based upon a lack of venue in the present case. Defendant's custody status will not change because he will be placed in civil immigration proceedings for possible deportation.

DATED: June 27, 2005                    McGREGOR W. SCOTT
                                        United States Attorney


                                        By /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

O R D E R

MOTION TO DISMISS GRANTED:

DATED:  June 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE